NO. 07-03-0533-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MAY 27, 2004

_____

IN THE MATTER OF THE MARRIAGE OF
KAREN SUE BEDFORD AND STEVEN EDWARD BEDFORD

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 67,701-D; HONORABLE DON EMERSON, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Appellant Steven Edward Bedford filed a "request for an appeal" challenging an agreed final decree of divorce.[1] The clerk's record was filed on January 21, 2004; however, no reporter's record was filed. Appellant's brief was due to be filed on February 20, 2004,

_____

[1]The signature line on the request for an appeal was not signed by appellant and attorney Bryan Adamson signed the request as "reviewed in substance." Rule 6.1 of the Texas Rules of Appellate Procedure provides that the attorney whose name first appears on the notice of appeal is lead counsel.

but has yet to be filed and no motion for extension of time was filed. By letter dated April 28, 2004, this Court notified attorney Bryan Adamson of the missed deadline and also directed him to reasonably explain the failure to file a brief with a showing that appellee has not been significantly injured by the delay on or before May 10, 2004. Counsel did not respond and the brief remains outstanding.

Accordingly, we dismiss this appeal for want of prosecution and failure to comply with an order of this Court. *See* Tex. R. App. P. 42.3(b) & (c).

Don H. Reavis
Justice